IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,  No. C 12-5698 CW (PR)

    Petitioner,  JUDGMENT

  v.

HONORABLE GERALD WONG, et al.,

    Respondents.
_____/

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/20/2012

CLAUDIA WILKEN
United States District Judge